Case No. 22-16367

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DAVID ANGEL SIFUENTES III,
Plaintiff-Appellee,

v.

DROPBOX, INC.,
Defendant-Appellant.

_____

On Appeal from the United States District Court
for Northern California, Oakland Division
Case No. 4:20-cv-07908-HSG
Honorable Haywood S. Gilliam, Jr.

## MOTION FOR VOLUNTARY DISMISSAL

Thomas M. Peterson (CA Bar 96011)
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.peterson@morganlewis.com

Joseph H. Bias (CA Bar 257127)
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
joseph.bias@morganlewis.com

Attorneys for Defendant-Appellant
DROPBOX, INC.

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendant-Appellant Dropbox, Inc. moves the Court for an order dismissing the above-captioned appeal. The parties have settled the dispute underlying this appeal and agreed this appeal should be dismissed with each side bearing its or his own costs and attorney's fees.

On November 17, 2022, Circuit Mediator Robert S. Kaiser vacated the briefing schedule to aid the parties in pursuing their mediation effort.

Dated: December 28, 2022

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Thomas M. Peterson*
Thomas M. Peterson
Attorneys for Defendant-Appellant
DROPBOX, INC.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(a)(7)(C), I certify that this Motion for Voluntary Dismissal complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this motion contains 71 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionately spaced typeface using Microsoft Word 2016, Times New Roman 14-point font.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Voluntary Dismissal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system on December 28, 2022.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

By: */s/ Thomas M. Peterson*
Thomas M. Peterson